UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DARYL BERRY,

    Plaintiff,

v.

C/O K. TERRY, *et al.*,

    Defendants.

Case No. C14-1345-RSL

ORDER GRANTING DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT

    The Court, having reviewed plaintiff's amended complaint, defendants' motion for summary judgment, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

    (1)    The Court adopts the Report and Recommendation.

    (2)    Defendants' motion for summary judgment (Dkt. 19) is GRANTED.

    (3)    Plaintiff's amended complaint (Dkt. 10) and this action are DISMISSED with prejudice.

ORDER GRANTING DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT - 1

(4)     The Clerk is directed to send copies of this Order to plaintiff, to counsel for defendant, and to the Honorable James P. Donohue.

DATED this 23rd day of November, 2015.

*/s/ Robert S. Lasnik*
ROBERT S. LASNIK
United States District Judge

ORDER GRANTING DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT - 2